UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUTH TUITE, as Administrator ad Prosequendum for the Estate of Robert John Tuite, Jr., <br><br>  Plaintiff, <br><br> v. <br><br> STATE OF NEW JERSEY, DIVISION OF STATE POLICE OF THE NEW JERSEY DEPARTMENT OF LAW AND PUBLIC SAFETY, JASON SOWINSKI, a New Jersey State Trooper, IAN ROSENBERG, a New Jersey State Trooper, JOSHUA COPPOLA, a New Jersey State Trooper, JOHN DOE 1-10, and JOHN DOE CORPORATION 1-10, <br><br> Defendants. | Civ. No. 10-cv-06772 (KM) <br><br> **ORDER** |

## MCNULTY, U.S.D.J.,

This matter comes before the Court on the motions for summary judgment by Defendants State of New Jersey, the State Police of the New Jersey Department of Law and Public Safety (Dkt. No. 48) (collectively, "State Defendants") and New Jersey State Troopers Jason Sowinksi (Dkt. No. 51), Ian Rosenberg (Dkt. No. 52), and Joshua Coppola (Dkt. No. 53) (collectively, "Individual Defendants") on the complaint filed by the Plaintiff, Ruth Tuite, as Administrator ad Prosequendum for the Estate of Robert John Tuite, Jr.; and the Plaintiff having opposed the motions (Dkt. Nos. 56-58); and the Defendants having filed replies (Dkt. Nos. 63-65); and the Court having considered the submissions of the parties pursuant to Fed. R. Civ. P. 78; and for good cause shown;

**IT IS** this 8th day of October 2014,

**ORDERED**, in accordance with the accompanying Opinion and pursuant to Fed. R. Civ. P. 56, that the State Defendants' motion for summary judgment (Dkt. No. 48) is **GRANTED**, and it is further

**ORDERED** that the Individual Defendants' motions for summary judgment (Dkt. Nos. 51-53) are **DENIED**.

_____
**KEVIN MCNULTY**
**United States District Judge**